**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| WAMALA WATKINS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:09CV00835  SWW |
| | * | |
| AMERICAN MORTGAGE | * | |
| ASSOCIATES, INC., ET AL. | * | |
| | * | |
| Defendants | | |

## **JUDGMENT**

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 31ST  DAY OF MARCH, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE